# Third District Court of Appeal

## State of Florida

Opinion filed June 19, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1849
Lower Tribunal No. 23-21613
_____

**XBTO Mining, LLC**,
Appellant,

vs.

**Crypto Caverns, LLC**,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Michael P. De Simone (West Palm Beach), for appellant.

Padula Bennardo Levine, LLP, and Joshua S. Widlansky (Boca Raton), for appellee.

Before LOGUE, C.J., and SCALES and GORDO, JJ.

GORDO, J.

XBTO Mining, LLC ("XBTO") appeals a non-final order of temporary mandatory injunction in favor of Crypto Caverns, LLC ("Crypto Caverns"). We have jurisdiction. Fla. R. App. P. 9.130(a)(3)(B). We affirm as we find the trial court did not abuse its discretion in granting the temporary mandatory injunction. See Law Offs. of Kravitz & Guerra, P.A. v. Brannon, 338 So. 3d 1022, 1023 (Fla. 3d DCA 2022) ("We review a trial court's factual findings on the elements of a claim for a temporary injunction for competent, substantial evidence, and we review its legal conclusions de novo. To the extent the decision to enter a temporary injunction involves an exercise of discretion, we defer to the trial court unless it has abused its discretion." (quoting Fla. Dep't of Health v. Florigrown, LLC, 317 So. 3d 1101, 1110 (Fla. 2021))).

Affirmed.